NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTERFACE, INC.,**
*Appellant*

**v.**

**TANDUS CENTIVA INC.,**
*Appellee*

---

2015-1475, 2015-1668

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2013-00333, IPR2013-00527.

---

## JUDGMENT

---

CANDICE C. DECAIRE, Kilpatrick Townsend & Stockton LLP, Atlanta, GA, argued for appellant. Also represented by ADAM HOWARD CHARNES, Winston-Salem, NC.

BARRY J. HERMAN, Womble Carlyle Sandridge & Rice LLP, Baltimore, MD, argued for appellee. Also represented by PRESTON HAMILTON HEARD, DANA E. STANO, Atlanta, GA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, BRYSON, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 8, 2016                /s/ Daniel E. O'Toole
        Date                    Daniel E. O'Toole
                                Clerk of Court